■ DOLORES B. KOSIOREK, Individually and as Administratrix of the Estate of ROBERT C. BARBIC, Deceased, Plaintiff, v BETHLEHEM STEEL CORPORATION, Defendant and Third-Party Plaintiff-Appellant-Respondent. FURNCO CONSTRUCTION CORPORATION, Third-Party Defendant-Respondent-Appellant. (Appeal No. 2.)—Judgment unanimously reversed on the law without costs and new trial granted. Same memorandum as in *Kosiorek v Bethlehem Steel Corp.* ([appeal No. 1] 145 AD2d 935 [decided herewith]). (Appeals from judgment of Supreme Court, Erie County, Cook, J.—wrongful death.) Present— Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.